UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF


        v.            CASE NO. 6:10CR60004-001


MISTY AKIN                                                  DEFENDANT

### ORDER

Now on this 5th day of July 2012, there comes on for consideration the Report and Recommendation filed herein on June 14, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 30). The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Government's Amended Petition to Revoke Supervision (Doc. 27) is **GRANTED**. Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, with credit for time served following her arrest on February 17, 2012. Following her release from the Bureau of Prisons Defendant shall serve an eighteen (18) month term of supervised release with all conditions of supervised release previously imposed re-imposed. The balance of any fines, restitution, and costs previously

imposed remain in place against Defendant.  The Court makes the recommendation that Defendant be placed in the custody of the Bureau of Prisons as near as possible to Tallahassee, Florida.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge